NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RONALD CARL BURCHAM,            )
                                )
            Appellant,          )
                                )
v.                              )       Case No.  2D17-4916
                                )
STATE OF FLORIDA,               )
                                )
            Appellee.           )
_____ )

Opinion filed June 22, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Thomas P. Barber,
Judge.

Ronald Carl Burcham, pro se.


PER CURIAM.

            Affirmed.



CASANUEVA, SILBERMAN, and ROTHSTEIN-YOUAKIM, JJ., Concur.